# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____

FOR _____ AT _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Tina Khanna

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

**DOCKET NUMBERS**
- Magistrate: _____
- District Court: ▶
- Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

Consp to transport stolen property

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT

Are you now employed? ☐ Yes ☐ No ☒ Am Self-Employed

Name and address of employer: DG Auto / Blacecp auto

IF YES, how much do you earn per month? $ Unknown

IF NO, give month and year of last employment: _____
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### ASSETS

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 50,000    SOURCES: Stock

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 30,000

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 70K    DESCRIPTION: 2022 BMW

### DEPENDENTS

MARITAL STATUS: Single
- SINGLE ✓
- MARRIED
- WIDOWED
- SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them: _____

### OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

APARTMENT OR HOME: _____

| Creditors | Total Debt | Monthly Paymt |
|---|---|---|
| CC | $5,000 | $ |
| car | $70K | $ |
| Car payment | $1,000 | $ |
| car ins | $250 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 11/2/22

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]  X. _____